# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO.** |
| v. | **VIOLATIONS:** |
| | **18 U.S.C. §§ 111(a)(1) and (b)** |
| **DEVLYN THOMPSON** | **(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)** |
| Defendant. | |

## CRIMINAL INFORMATION- COUNT ONE

The United States Attorney charges that:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **DEVLYN THOMPSON**, using a deadly and dangerous weapon, that is, a baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Sergeant W.B., an officer from the Metropolitan Police Department, while such officer or employee was engaged in or on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Sections 111(a)(1) and (b))

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793

By: _____
        Tejpal S. Chawla
        Assistant United States Attorney
        National Security Section
        United States Attorney's Office
        555 4th Street, N.W., 11th Floor
        Washington, D.C. 20530