UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-CR-461 (RCL) |
| v. | Hearing Date: July 20, 2021 |
| DEVLYN THOMPSON | |
| Defendant. | |

### CONSENT MOTION TO CONTINUE HEARING

The United States of America, through undersigned counsel, moves to continue the plea hearing scheduled for today, July 20, 2021.  The Court set this hearing at the request of the parties, and the government moves to continue this matter to better arrange logistics related to the defendant's remote hearing.  Specifically, the United States would like conduct the plea hearing either with the defendant participating remotely from the U.S. District Courthouse in Seattle, Washington, or in person before the Court.  The defendant has not been arrested, booked, or arraigned in this matter, and to better coordinate logistics with the U.S. Marshals and Pretrial Services, the government believes a continuance to coordinate those logistics will be in the interests of judicial economy. The government apologies for not bringing this matter to the attention of the Court sooner, but upon further discussion of the logistics involved, the government feels the requested continuance will serve the interests of justice.

Government counsel has conferred with defense counsel who has consented to this motion.  The parties are available for a remote plea hearing on July 30th, August 5th or 6$^h$.  The parties are available for an in-person hearing before the Court on August 5th and 6th.

1

        Respectfully submitted,

        CHANNING D. PHILLIPS
        Acting United States Attorney
        D.C. Bar No. 415793


By:     /S/
        Tejpal S. Chawla
        D.C. Bar No. 464012
        Assistant United States Attorney
        United States Attorney's Office
        555 Fourth Street, N.W.
        Washington, D.C. 20530
        Telephone: 202-252-7280
        Email: Tejpal.chawla@usdoj.gov