UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA               CRIMINAL NO. 21-CR-461 (RCL)

v.                                      Hearing Date: July 20, 2021

DEVLYN THOMPSON

Defendant.

### ORDER

Having considered the Consent Motion to Continue, it is this 20th of July 2021, hereby

ORDERED, that the plea hearing currently scheduled for July 20, 2021 is rescheduled for

_August 6_, 2021 at 2:00 p.m.

ROYCE C. LAMBERTH
United States District Judge