Use Tab key to move from field to field on this form.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.  Criminal Number  1:21-cr-00461-RCL

DEVLYN THOMPSON
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ■ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

IL Bar: 6283074; D.D.C Bar: IL0054
*(Attorney & Bar ID Number)*

Law Office of Joshua G. Herman
*(Firm Name)*

53 West Jackson Blvd., Suite 404
*(Street Address)*

Chicago          Illinois          60604
*(City)*          *(State)*          *(Zip)*

312-909-0434
*(Telephone Number)*