UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 21-CR-461 (RCL) |
| ) | Hon. Royce C. Lamberth |
| DEVLYN THOMPSON, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION TO WITHDRAW AS
## COUNSEL OF RECORD

Counsel of record, Attorneys **THOMAS ANTHONY DURKIN** and **JOSHUA G. HERMAN**, pursuant to Local Rule 44.5(d) and the Due Process and Effective Assistance of Counsel Clauses of the Fifth and Sixth Amendments to the Constitution of the United States, respectfully move for leave to withdraw as counsel of record for Defendant, **DEVLYN THOMPSON**, on the grounds that counsel have been informed by Defendant and his family that they intend to retain the services of new and different privately retained counsel.

In support of this motion, counsel states as follows:

1. On July 11, 2021, with Defendant and counsel's consent, the government filed a Criminal Information charging Defendant with a single count of assaulting, resisting or impeding certain officers using a dangerous weapon in violation of 18 U.S.C. §111(a)(1) and (b).  (Dkt. #1).

2. On July 14, 2021, Attorney Durkin filed his appearance with the Court as retained counsel for Defendant.  (Dkt. #3).  Retained co-counsel Joshua G. Herman filed his appearance as co-counsel with the Court on August 5, 2021.  (Dkt. #7).

3. On August 6, 2021, an arraignment and change of plea hearing were held during which Defendant pleaded guilty to the sole count in the Criminal Information.  The Court accepted

and entered the plea, as well as the plea agreement. (Dkt. #9). At this hearing, the Court also denied Defendant's Motion for Release Pending Imposition of Sentencing Based on Exceptional Reasons (Dkt. #8) and ordered that the Defendant's conditions of release be revoked; and that Defendant is to be detained pending sentencing. (Minute Entry, August 6, 2021).

4. Defendant is detained pending sentencing in the custody of the Bureau of Prisons at the Federal Detention Center, SeaTac (FDC SeaTac) near Seattle, Washington.

5. Defendant's sentencing hearing is currently set for November 1, 2021, by video teleconference (VTC). (Minute Order, August 10, 2021).

6. On or around August 11, 2021, undersigned counsel were informed by Defendant's family that they were retaining new counsel, namely Attorney Elizabeth Kelley of Spokane, Washington and New York City.

7. Attorney Durkin spoke with Defendant in an attorney/client telephone call at FDC SeaTac on August 16, 2021. During this conversation, Defendant confirmed his family intended to retain Attorney Kelley as new counsel; and that he concurred with this decision and consented to undersigned counsels' motion to withdraw. A copy of this motion will also be sent to Defendant at FDC SeaTac.

8. It is undersigned counsels' understanding that Attorney Kelley intends to seek leave to file her appearance in the very near future.

9. Accordingly, undersigned counsel would request that this Court enter its order granting them leave to withdraw as Defendant Thompson's attorneys of record; and grant leave for Attorney Kelley to file her appearance as counsel of record.

10.     In light of Defendant's detention pending sentencing, no harm can be said to inure to the government or the public in the granting of this motion, which is filed in good faith and not for purposes of delay.

        Respectfully submitted,


        /s/ Thomas Anthony Durkin
        **THOMAS ANTHONY DURKIN,**


        /s/ Joshua G. Herman
        **JOSHUA G. HERMAN**,
        Attorneys for Defendant


**DURKIN & ROBERTS**
515 W. Arlington Place
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com

**LAW OFFICE OF JOSHUA G. HERMAN**
53 W. Jackson Blvd., Suite 404
Chicago, IL 60614
(312) 909-0434
jherman@joshhermanlaw.com

## **CERTIFICATE OF SERVICE**

  Thomas Anthony Durkin, Attorney at Law, hereby certifies that the foregoing was served on August 18, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers, and was additionally sent to Defendant at FDC SeaTac.

               /s/ Thomas Anthony Durkin
               **THOMAS ANTHONY DURKIN**

**DURKIN & ROBERTS**
515 W. Arlington Pl.
Chicago, IL 60614
(312) 913-9300
tdurkin@durkinroberts.com