UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 21-CR-461 (RCL) |
| | | Hon. Royce C. Lamberth |
| DEVLYN THOMPSON, | : | |
| Defendant. | : | |

## MOTION TO APPEAR PRO HAC VICE

Now comes Attorney Jeffrey Zimmerman, pursuant to Local Rule 83(d) and respectfully moves this Honorable Court to grant Attorney Elizabeth Kelley permission to appear *pro hac vice* in the above-captioned matter.

A copy of her Declaration as required by the Rule is attached to this Motion.

Respectfully submitted,

/s/Jeffrey Zimmerman

Jeffrey Zimmerman
DC Bar No. 456162
**JEFFREY ZIMMERMAN, PLLC**
108 N. Alfred St.
Alexandria, VA 22314
(703)548-8911
zimpacer@gmail.com

## **CERTIFICATE OF SERVICE**

Jeffrey Zimmerman, Attorney at Law, hereby certifies that the foregoing was served on August 30, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF filers, and was additionally sent to Defendant at FDC SeaTac.

/s/Jeffrey Zimmerman
**JEFFREY ZIMMERMAN, PLLC**