UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | No. 21-CR-461 (RCL) |
| | | Hon. Royce C. Lamberth |
| DEVLYN THOMPSON, | : | |
| Defendant. | : | |

### NOTICE OF APPEARANCE

Now comes the Defendant, Devlyn Thompson, pursuant to Local Rule 44.5(a) and respectfully moves this Honorable Court to grant leave to Attorney Elizabeth Kelley to file her appearance as counsel of record.

Attorneys Thomas Durkin and Joshua G. Herman filed a Joint Motion to Withdraw as Counsel of Record on August 18, 2021. (Dkt.#13).

Respectfully submitted,

s/Elizabeth Kelley
ELIZABETH KELLEY
(*pro hac vice*)

**ELIZABETH KELLEY, ATTORNEY AT LAW**
2425 E. 29th Ave., Ste. 10-B, #225
Spokane, WA   99223
(509)991-7058
ZealousAdvocacy@aol.com

### CERTIFICATE OF SERVICE

Elizabeth Kelley, Attorney at Law, hereby certifies that the foregoing was served on September 2, 2021, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as to ECF filers, and was additionally sent to Defendant at FDC SeaTac.

<u>/s/Elizabeth Kelley</u>
**ELIZABETH KELLEY**

**ELIZABETH KELLEY, ATTORNEY AT LAW**
2525 E. 29th Ave., Ste. 10-B, #225
Spokane, WA    99223
(509)991-7058
ZealousAdvocacy@aol.com