UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 21-CR-461 (RCL) |
| v. | Sentencing Date: 12/20/21 |
| DEVLYN THOMPSON | |
| **Defendant.** | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of July 12, 2021 (and Exhibit A);
2. Memorandum Regarding Status of Discovery as of August 23, 2021; and
3. Memorandum Regarding Status of Discovery as of September 14, 2021.

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:   /s/ *Emily A. Miller*
EMILY A. MILLER
Capitol Breach Discovery Coordinator
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Emily.Miller2@usdoj.gov

By:   /s/ *Tejpal S. Chawla*
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)

(202) 252-6988                                              Tejpal.Chawla@usdoj.gov