# Devlyn Thompson's Movements on Capitol Grounds During January 6



#SeattleUWGuy

Time:  between 2:00 & 2:30 pm

Source:  photo posted publicly at
https://twitter.com/ne0ndistraction/status/1357760416785530889



# Time: between 2:00 & 2:30 pm

Source: Lev Radin









Time: approx. 2:21 pm



Source:  Convo Couch, *Captiol Hill – Washington D.C. I Jan. 6, 2021*, video publicly available at https://archive.org/details/JmuHMaQnKrnKwgMuX

Timestamp 7:38



Time:  between 2:30 and 2:40 pm



Source:  Info Wars, Just Another Channel, *What REALLY Happened in D.C.*

Nonpublic video

Gov. Exhibit  1A

Time Stamp: 55:07





Time: between 2:30 and 2:40 pm



Source: Info Wars, Just Another Channel, *What REALLY Happened in D.C.*

Nonpublic video

Gov. Exhibit: 1A

Time Stamp: 55:32





Time: between 2:30 and 2:40 pm

Source:  Info Wars, Just Another Channel, *What REALLY Happened in D.C.*

Nonpublic video

Gov. Exhibit 1A

Time Stamp: 56:23







# Time: between 2:30 and 2:40 pm



Source: *FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps).mp4*

nonpublic video

Gov. Exhibit 1B

Time Stamp: 40:27



# Time: between 2:30 and 2:40 pm



Source:  *FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps).mp4*

nonpublic video

Gov. Exhibit 1B

Time Stamp: 41:25



# Time: between 2:35 and 2:45 pm



Source: *Chaos on Capitol Hill (Full Version)*
Publicly available at
https://www.youtube.com/watch?v=UN-La03NHoI&t=315s

Time stamp: 5:15



# Time: between 2:35 and 2:45 pm

Source:  Info Wars, Just Another Channel, *What REALLY Happened in D.C.*

Nonpublic video

Gov. Exhibit 1A

Time Stamp: 56:53









# Time: between 2:35 and 2:45 pm

Source:  *FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps).mp4*

nonpublic video

Gov. Exhibit 1B

Time Stamp: 42:37





# Time: between 2:35 and 2:45 pm



Source: *FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps).mp4*

nonpublic video

Gov. Exhibit 1B

Time Stamp: 43:55



# Time: between 2:40 and 2:50 pm



Source: *FULL FOOTAGE Patriots STORM U.S. Capitol (4K60fps).mp4*

nonpublic video

Gov. Exhibit 1B

Time Stamp: 44:20





January 06, 2021 2:48:37 PM

Time: 2:48 pm

Source: CCTV Surveillance video

Gov. Figure 12 from Sentencing Memorandum

Time stamp: 2:48:37



UPPER WEST TERRACE

Time:  approx. 2:52 pm



Source:  Info Wars, Just Another Channel, *What REALLY Happened in D.C.*

Nonpublic video

Gov. Exhibit 1A

Time Stamp: 58:53





Time: 2:52 pm

Source: Surveillance video

Gov. Figure Ex. 10

Time stamp:

Time: 2:58 pm



Source:
https://jan6archive.com/youtube/L4AADYTHDTE.mp4

Time stamp: 00:36





Time: 2:58 pm

Source:
https://jan6archive.com/youtube/L4AADYTHDTE.mp4

Time stamp:  1:09



Time:  3:00 pm



Source:
https://jan6archive.com/youtube/L4AAD
YTHDTE.mp4

Time stamp:  2:28





Time: 3:00 pm

Source:
https://jan6archive.com/youtube/L4AADYTHDTE.mp4

Time stamp: 2:32



Time: 3:02 pm

Source:
https://jan6archive.com/youtube/L4AADYTHDTE.mp4

Time stamp 4:47





Time: 3:04 pm

Source:
https://jan6archive.com/youtube/L4AAD
YTHDTE.mp4

Time stamp: 5:34



Time: approx. 3:05 pm



Source:  Info Wars, Just Another Channel, *What REALLY Happened in D.C.*

Nonpublic video

Gov. Exhibit 1A

Time Stamp: 1:08:34



Time:  4:07 – 4:20 pm



Source: Lev Radin





Time:  approx. 4:25

Source:  Getty Images





Time:  approx. 4:25

Source:  Jarrett Robertson

*See*
*https://www.instagram.com/jrobertson.nyc/?hl=en*

Gov. Exhibit 1C

Time stamp 00:06





Time: approx. 4:26 pm

Source:  Lev Radin





Time: Approx. 4:26 pm



Source: video publicly available at
https://d2hxwnssq7ss7g.cloudfront.net/v
7NTo8ADJ2au_cvt.mp4

Time stamp 00:38



Time:  approx. 4:27 pm



Source:  photo available publicly at
https://twitter.com/Cleavon_MD/status/1
348764757583564802



Time: approx. 4:27 pm



Source: *Trump Supporters Use Battering Ram to Storm US Capitol*

Video publicly available at https://www.youtube.com/watch?v=nVvWFCQyPXA

Time stamp: 0:03



Time:  Approx. 4:28 pm



Source:  video publicly available at
https://d2hxwnssq7ss7g.cloudfront.net/k
iBnNejo0JW0_cvt.mp4

Time stamp 00:31



Time:  approx. 4:29



Source:  Jarrett Robertson

*See*
*https://www.instagram.com/jrobertson.nyc/?hl=en*

Gov. Exhibit 1C

Time stamp 7:54





Time: 4:37 pm



Source:  Lev Radin



# Time: between 4:45 & 5:00 pm

Source:  Jarrett Robertson

*See*
*https://www.instagram.com/jrobertson.nyc/?hl=en*

Gov. Exhibit 1C

Time stamp 9:47



