UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-cr-461 (RCL) |
| DEVLYN THOMPSON, | |
| Defendant. | |

# NOTICE OF FILING

The United States, by and through its attorney the United States Attorney for the District of Columbia, hereby notifies the Court and the public of the filing of the following Video Exhibits to its Sentencing Memorandum, and its intention to play the identified portions at a sentencing hearing. The government has no objection to sharing these videos publicly if the Court make such a determination.

| Exhibit Number | Name of Video | Portion of Video for Hearing |
|---|---|---|
| Video Exhibit 1A | Info Wars, Just Another Channel, *What REALLY Happened in D.C.* | None |
| Video Exhibit 1B | *FULL FOOTAGE Patriots STORM U.S. Capitol* | none |
| Video Exhibit 1C | Jarrett Robertson Video | All |
| Video Exhibit 2 | Body Worn Camera (BWC) of MPD Officer B.B. | 0:00 – 2:45 |
| Video Exhibit 3 | *UNBELIEVABLE Footage: Trump Supporters Battle Cops Inside the Capitol* (publicly available) | 01:00 to 14:00 |
| Video Exhibit 4 | Nonpublic video of tunnel area | 05:00 to 15:00 |
| Video Exhibit 5 | BWC of MPD Sgt. W.B. | 01:50 to 4:00 |
| Video Exhibit 6 | BWC of MPD Officer C.W. | 0:00 to 2:30 |

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Tejpal S. Chawla*
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
555 4th Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov