UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | No. 21-CR-461 (RCL) |
| | | Hon. Royce C. Lamberth |
| **DEVLYN THOMPSON,** | : | |
| **Defendant.** | : | |

_____

## Consent Motion by Defendant for his Counsel to be Physically Present Alongside Him at Sentencing

Now comes the Defendant, Devlyn Thompson, by and through undersigned Counsel, and hereby requests this Honorable Court to work with FDC SeaTac to accommodate his request that his Attorney be present alongside him in the same room at sentencing during his sentencing scheduled for December 20, 2021.

The Defendant is on the Autism Spectrum, and because of his communication deficits, it is essential that Counsel be physically present with him wherever he is sentenced. A breakout room via Zoom is not sufficient. Counsel therefore requests that the staff at SeaTac allow her to sit in the same room with as her client during the video sentencing. Counsel has spoken with the Government

and it does not oppose any accommodation to the extent possible which will facilitate this request.

Furthermore, Counsel requests that Mr. Thompson's mother be allowed video access to the sentencing hearing as well. She has been an essential source of emotional support to him throughout his life and it would be important for him and her to be able to see one another.

Respectfully submitted,


/s/Elizabeth Kelley
ELIZABETH KELLEY
(*pro hac vice*)
ELIZABETH KELLEY, ATTORNEY AT LAW
2425 E. 29th Ave., Ste. 10-B, #225
Spokane, WA 99223
(509)991-7058
ZealousAdvocacy@aol.com

## CERTIFICATE OF SERVICE

Elizabeth Kelley, Attorney at Law, hereby certifies that the foregoing
was served in accordance with Fed.R.Crim.P.49,
Fed.R.Civ.P.5, LR5.5, and the General Order on Electronic Case Filing
(ECF) pursuant to the District Court's system as to ECF filers.
/s/Elizabeth Kelley
ELIZABETH KELLEY
ELIZABETH KELLEY, ATTORNEY AT LAW
2525 E. 29 th Ave., Ste. 10-B, #225
Spokane, WA 99223
(509)991-7058
ZealousAdvocacy@aol.com