UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVLYN THOMPSON,<br><br>    Defendant. | Case No. 21-cr-461 (RCL) |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR COUNSEL TO BE PHYSICALLY PRESENT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the Defendant's Motion for Counsel to Be Physically Present Alongside Him at Sentencing. That motion requested two things: an order permitting counsel to be physically present with the defendant at the hearing, and for the defendant's mother to be on a separate zoom line at sentencing. When defense counsel asked government counsel its position prior to filing, she mentioned the former request, but did not ask government counsel about the latter request.

To be clear, the government consents to defense counsel's request to be present with her client. The government does not consent to non-participants being on separate Zoom lines to the hearing. Persons with access to the Zoom line can interrupt proceedings on both video and audio and could prove to be distractions to the proceedings and the participants. The government notes that the defendant pled guilty remotely from his (prior) attorney at the last hearing.

1

        Respectfully Submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:     */s/ Tejpal S. Chawla*
        TEJPAL S. CHAWLA
        Assistant United States Attorney
        D.C. Bar 464012
        555 4th Street, N.W.
        Washington, D.C. 20530
        202-252-7280 (Chawla)
        Tejpal.Chawla@usdoj.gov