# Exhibit C

Dear Officer W.B.

First, my preference in apologizing to you would be to do so in-person so you can see the sincerity in my conviction. However, since that is not possible I hope you will accept this letter in lieu of such meeting.

My behavior that day was inexcusable. As much as I wish that I could help you understand what brought me to act in that manner, I am still attempting to figure out that answer myself. The stress and trauma caused by the riot must have taken a toll on you and your fellow officers that I cannot even imagine. Although I cannot apologize on behalf of all who committed wrongdoing that day, I can apologize for my actions. I'm deeply sorry for the danger that you were put in on behalf of my recklessness.

My uncle is a homeland security officer, and in the reflections that came quickly after that mistake, all I could think about were the times he told us about in Portland and how my actions were just the same. You deserve better. You deserve to be treated with respect and I didn't show you any with my actions that day. Ghandi once said "In judging myself I try to be as harsh as truth." The truth is that I didn't live up to societies standards or my own standard of how to treat another human being, let alone an officer, on January 6th.

The truth is in those moments I let fear overcome me. I want you to know that this was a major wake-up call in my relationship with fear. Change for the better, at least what I can control, will come out of this in the end. There is also an owed gratitude to you and your fellow officers for the restraint shown in that tunnel. The situation could have ended even worse and that inhibition prevented that. Thank you for your service. And God Bless you.

Devlyn Thompson

Dear Honorable Judge Lamberth,

There are no reasonable excuses for the way in which I behaved at the Capitol on January 6th. The conduct demonstrated by myself would be unacceptable no matter the time and place but in the circumstances of that day and time they are understandably even less so. I hold hope that the actions I have taken since then reflect my intent to take responsibility for my mistakes.

In a civil society, there is no place for violent behavior. I want to use this moment to make it clear that I do not support nor exhort taking action in the manner that many people decided to do that day. There have been many sleepless, regret-filled nights since. If only I knew the way this would have unfolded so I could have stayed away. Ignorance of the impending chaos is not an excuse either. Since I cannot change my decision to proceed to the Capitol, I can only hope that you see me as more than the worst thing I've ever done.

On my walk over to the Capitol from the White House speech, I spoke with a stranger about architecture. More specifically about the difference between the classical style of the Capitol Building and what is described as brutalist in reference to the J. Edgar Hoover Building. My main discussion point was how the classical structure inspired many, including myself, and reminded me of just how fragile through history self-government has been. One look at the building brings up the lessons surrounding the rise and fall of Rome and

the many city-states of Greece. In those ~~lessons~~ memories, I share in the understanding of people's worst fears about January 6th and the symbolic nature that only makes the violent scenes more disturbing. Our country, along with our Lord and my family, are three of my most cherished loves. ~~and~~ The ~~are~~ horrific images of that day Must ~~should~~ never repeat themselves again.

The officers at the capitol, and on the grounds, ~~that~~ day deserve praise and gratitude for their service. If put in their shoes, I am not sure if I would have exemplified the courage and resolve shown by so many. To me, they are like an extension of my family, and despite my reckless reaction, I would never deliberately hurt them. My dearest apologies ~~and~~ to their families as well. In the future, if possible, I would like to show my remorse and appreciation in-person.

It is a necessity to me to remain candid with the court and true to who I am. My conservative creed still remains the same. However, the system of governance, a constitutional republic, and the processes in place for deciding who sits in the oval office behind the Resolute Desk transcends any one candidate or party. That peaceful transfer of power and the method set out for achieving it are worthy of protection. My message to fellow conservatives, or any American dissenting with the current administration, is that we must continue our work within the confines of the system and condemn the actions on January 6th as atrocious.

This experience has been eye-opening in numerous aspects. A realization of just how precious and fragile the freedoms are that I have enjoyed throughout my life. How quickly the trajectory that I was on can shift with a reckless mistake and poor decisions. If I could go back in time then there is no doubt in my mind I would change the choices I made.

However, that is clearly not an option. The next best path is one of intense self-criticism and analyzation of how I ended up in these circumstances. That examination led me to Dr. Sperry. My meeting with her has given me invaluable insight into my own areas of struggle and opportunities for personal growth. The vantage she provides is a unique one that allows me to grasp a clearer understanding of what is needed to ensure this never happens again.

The journey for me to get back integrated into society as a productive and positively-impactful member of my community started the day I was incarcerated. Since then I've focused on continuing to rebuild my relationship with God, by diving back into Scripture through Bible study courses and 5,000 pages worth of Christian books. The result has been nothing short of mind-altering. To quote Vaclav Havel, the only thing needed sometimes is a change in the "orientation of the spirit." In other words, learning to live through faith rather than

fear. While this has some impact on what happened that day, it's true value is in the reformation that will continue after my release.

Most of the time spent in here has been allotted to reading. Beyond the christian books, the topics were majority focused on history and the reasoning behind the structure of our government. We, as conservatives or those who are aligned with the current republican party need to hold more faith that our intricately designed systems of checks and balances will provide the protection necessary to protect from what Tocqueville described as the "Tyranny of the Majority". Our constitutional republic has many key elements but one most relevant now is the built-in hindrance to keep said majority from trampling over the minority viewpoint. This seems to have been forgotten.

My love for this country has only grown since Jan 6th. The plan is for me to continue the process of self-reflection and personal growth that I've long gave sincere effort to pursuing. Dr. Sperry outlined and explained to me the professional help I could receive in order to assist in meeting those goals. At the end of the day, this rests on my willingness to recognize my deficiencies and weaknesses. That type of honesty is difficult but important. Although I believe that I was on the right track in most aspects of my life, there is certainly room for improvement and I plan to utilize the tools recommended to get there.

The passion that I hold for our country is one that I plan to direct in a positive manner. In addition to the recommended plans from Dr. Sperry, I plan to devote time to a congressional campaign that I believe in. This is a battle, but one that will be won by persuasion because it is a struggle between ideas. The next part for me is to stay involved in my local community by volunteering through my church.

Lastly, I want to publicly thank my family including my mother. Rather especially my mother. They have always been honest with me and that resulted in my fair share of deserved scolding. However, My mother has also taught me yet another lesson in unconditional love. For that, I owe her an unpayable debt of gratitude.

In summary, all I can ask the court for is grace and mercy. God has given me his forgiveness and one day maybe America will too. I leave you with a quote, albeit maybe paraphrased a little from Abraham Lincoln, "I find that mercy bears better fruit than that of strict Justice." Thank you for your time in reading what I had to say. God Bless You and God Bless America.