UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 21-cr-461 (RCL) |
| v. : | |
| : | |
| DEVLYN THOMPSON, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America, by and through its undersigned counsel, the United States Attorney for the District of Columbia, herby informs the Court that attorney Jacqueline Schesnol, as counsel for the United States, is terminating her appearance as counsel of record in this matter.

All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Jacqueline Schesnol*
JACQUELINE SCHESNOL
AZ Bar No. 016742
Assistant United States Attorney
Capitol Riot Detailee
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, AZ 85004-4449
(602) 514-7500
jacqueline.schesnol@usdoj.gov