UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DEVLYN THOMPSON,<br><br>  Defendant. | Case No. 21-cr-461 (RCL) |

### MOTION TO EXTEND TIME TO RESPOND

The United States, by and through its attorney the United States Attorney for the District of Columbia, hereby requests the Court to allow the Government additional time to respond to the Defendant's Motion for Compassionate Release. Undersigned counsel acknowledges electronic receipt of the original motion, and immediately conferred with supervisors regarding which section of the U.S. Attorneys' Office was handling the matter. Due to a misunderstanding in that correspondence (because undersigned counsel is assigned to the National Security Section and not the Capitol Siege Section), neither section responded to the motion. Having now been made aware that no government counsel has responded, the Government needs additional time to respond to the Defendant's Motion. The Government seeks until February 27th to respond to the motion. Undersigned counsel has asked for defense counsel position regarding this motion, but has not yet received a reply as of the filing of this motion.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Tejpal S. Chawla*
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
601 D Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov