UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 21-cr-461 (RCL) |
| DEVLYN THOMPSON, | |
| Defendant. | |

## UNOPPOSED MOTION TO FILE SUR-REPLY

The United States, by and through its attorney the United States Attorney for the District of Columbia, hereby requests the Court to allow the Government to file a sur-reply to respond to the Defendant's Reply Brief in support of its Motion for Compassionate Release. Undersigned counsel has consulted with defense counsel regarding this motion, who does not oppose the relief requested. Specifically, the government seeks to file a sur-reply of not more than 5 pages, and requests until April 14, 2023 to file its brief.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:      */s/ Tejpal S. Chawla*
TEJPAL S. CHAWLA
Assistant United States Attorney
D.C. Bar 464012
601 D Street, N.W.
Washington, D.C. 20530
202-252-7280 (Chawla)
Tejpal.Chawla@usdoj.gov